Dismissed and Opinion filed December 12, 2002









Dismissed and Opinion filed December 12, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01128-CV

____________

 

CHRISTY
CADDELL, Appellant

 

V.

 

MERIT
FINANCIAL, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris
County, Texas

Trial Court Cause No. 771,647

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from an order
signed October 9, 2002.  

On December 6, 2002, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed December 12, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).